IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYMAIL, LTD., | § § § | |
| Plaintiff, | § § | Civil Action No. 2:17-cv-00391-JRG-RSP  **LEAD CASE** |
| V. | § § | JURY TRIAL DEMANDED |
| HONEYWELL INTERNATIONAL, INC., | § § | |
| NIKON CORPORATION, et al. | § | Civil Action No. 2:17-cv-00255-JRG-RSP |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal without Prejudice of all claims and counterclaims asserted between plaintiff MyMail, Ltd. and defendants Nikon Americas, Inc., Nikon Corporation, and Nikon Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff MyMail, Ltd. and defendants Nikon Americas, Inc., Nikon Corporation, and Nikon Inc., are hereby dismissed without prejudice, subject to the terms of the certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated July 26, 2017.

If is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 8th day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE